UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  06-cv-00461-WDM

DEBRA JOHNSON,

      Plaintiff,

v.

MICHAEL ASTRUE,

      Defendant.

## ORDER FOR ATTORNEYS' FEES

Miller, J.

      Subject to my approval, the parties have stipulated to an award of attorneys' fees and expenses to plaintiff's counsel in the amount of $5,885.30 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  After review of the result in this case, I now approve that award.

      Accordingly, it is ordered:

1.    The unopposed motion for an award of attorney fees, filed May 22, 2007, is granted.

2.  Counsel for plaintiff is awarded attorneys' fees and expenses in the total amount of $5,885.30.

DATED at Denver, Colorado, on May 24, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge