UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  06-cv-00461-WDM

DEBRA JOHNSON,

    Plaintiff,

v.

MICHAEL ASTRUE,

    Defendant.

## ORDER DISCHARGING SHOW CAUSE ORDER

Miller, J.

    Following discussion with the parties and counsel, it is ordered the show cause order is discharged.

    DATED at Denver, Colorado, on November 9, 2007.

                        BY THE COURT:

                        s/ Walker D. Miller
                        United States District Judge